# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                  NO. 2019 KW 1263

VERSUS

THEODORE SMITH                                      NOV 2 5 2019

---

In Re:    Theodore Smith, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          274151.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
            FOR THE COURT